IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In the Matter of the Arbitration Between

CITY OF COLFAX,

        Petitioner,

  v.

STATIONARY ENGINEERS LOCAL 39
HEALTH AND WELFARE TRUST FUND,

        Respondent.
_____/

CITY OF COLFAX,

        Petitioner,

  v.

STATIONARY ENGINEERS LOCAL 39
HEALTH AND WELFARE TRUST FUND,

        Respondent.
_____/

No. CV-12-0281 MMC

**JUDGMENT IN A CIVIL CASE**

No. CV-12-0562 MMC

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The City's petitions are hereby DENIED.

    The Trust Fund's cross-motion to confirm the arbitrator's award is hereby GRANTED.

Dated: April 9, 2012　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　*Tracy Lucero*

　　　　　　　　　　　　　　　　　　　　　　　　By: Tracy Lucero
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk