| | |
|---|---|
| 1 | THEODORE FRANKLIN, Bar No. 168305 |
| 2 | LINDA BALDWIN JONES, Bar No. 178922 |
|   | EZEKIEL D. CARDER, Bar No. 206537 |
| 3 | WEINBERG, ROGER & ROSENFELD |
|   | A Professional Corporation |
| 4 | 1001 Marina Village Parkway, Suite 200 |
|   | Alameda, California 94501 |
| 5 | Telephone  (510) 337-1001 |
|   | Fax  (510) 337-1023 |
| 6 | E-Mail:  tfranklin@unioncounsel.net |
|   |          lbjones@unioncounsel.net |
| 7 |          ecarder@unioncounsel.net |
| 8 | Attorneys for Respondent |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF COLFAX, | No. C 12-00281 MMC |
| Petitioner, | **STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES; [PROPOSED] ORDER** |
| v. | |
| STATIONARY ENGINEERS LOCAL 39 HEALTH & WELFARE TRUST FUND, | |
| Respondent. | |
| | |
| CITY OF COLFAX, | No. C 12-00562 MMC |
| Petitioner, | |
| v. | |
| STATIONARY ENGINEERS LOCAL 39 HEALTH & WELFARE TRUST FUND, | |
| Respondent. | |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES; [PROPOSED] ORDER
Case Nos. C 12-00281 MMC and C 12-00562 MMC

1    Pursuant to Federal Rules of Civil Procedure 54, and Civil Local Rules 54-5 and 6-2, the Parties to the above-captioned matters, by and through the undersigned counsel, hereby stipulate to extend the time within which Respondent Stationary Engineers Local 39 Health and Welfare Trust Fund ("Trust Fund") must file its Motion for Attorneys' Fees.

On April 6, 2012, the Court entered its Order denying Petitioner City of Colfax's ("City") Petitions to Vacate or Modify Award Arbitrator and granting the Trust Fund's Cross-Motion to Confirm Arbitrator's Award ("Order", Dkt. No. 31). The Clerk subsequently entered Judgment on April 9, 2012 (Dkt. No. 32). Pursuant to Civil Local Rule 54-5, Counsel for the Parties started the meet and confer process required before the Trust Fund may file its Motion for Attorneys' Fees, and the Parties need additional time to explore a potential resolution that would negate the need for the Trust Fund to file said Motion. With this stipulation, the Parties respectfully request that the Trust Fund's deadline to file the Motion for Attorneys' Fee be extended to May 3, 2012, to allow the Parties additional time to explore a potential resolution of this matter.

No other time modifications have been sought or granted in this matter. If granted, there would be no effect on the case schedule as Judgment was entered on April 9, 2012, and Petitioner's last day to file its Notice of Appeal is May 9, 2012.

Dated: April 23, 2012                     WEINBERG, ROGER & ROSENFELD
                                          A Professional Corporation


                                          /s/ Linda Baldwin Jones
                                      By: LINDA BALDWIN JONES
                                          Attorneys for Respondent


Dated: April 23, 2012                     WILEY PRICE RADULOVICH, LLP


                                          /s/ Monna R. Radulovich
                                      By: MONNA R. RADULOVICH
                                          Attorneys for Petitioner

STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES; [PROPOSED] ORDER
Case Nos. C 12-00281 MMC and C 12-00562 MMC

1  [**PROPOSED**] ORDER

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: __April 24, 2012__

4

5  _____
   HONORABLE MAXINE M. CHESNEY
6  UNITED STATES DISTRICT COURT JUDGE

   129940/665635
7

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES; [PROPOSED] ORDER
Case Nos. C 12-00281 MMC and C 12-00562 MMC