1  THEODORE FRANKLIN, Bar No. 168305
   LINDA BALDWIN JONES, Bar No. 178922
2  EZEKIEL D. CARDER, Bar No. 206537
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone (510) 337-1001
5  Fax (510) 337-1023
   E-Mail: tfranklin@unioncounsel.net
6          lbjones@unioncounsel.net
           ecarder@unioncounsel.net
7
   Attorneys for Respondent
8
   JOSEPH E. WILEY (State Bar No. 84154)
9  MONNA R. RADULOVICH (State Bar No. 120991)
   WILEY PRICE & RADULOVICH, LLP
10 1301 Marina Village Parkway, Suite 310
   Alameda, California 94501
11 Telephone (510) 337-2810
   Fax (510) 337-2811
12
   Attorneys for Petitioner

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF COLFAX,<br><br>                    Petitioner,<br><br>   v.<br><br>STATIONARY ENGINEERS LOCAL 39 HEALTH & WELFARE TRUST FUND,<br><br>                    Respondent. | No. C 12-00281 MMC<br><br>**STIPULATION TO CONTINUE ALL DATES RELATING TO RESPONDENT'S MOTION FOR ATTORNEYS' FEES; [~~PROPOSED~~] ORDER** |
| CITY OF COLFAX,<br><br>                    Petitioner,<br><br>   v.<br><br>STATIONARY ENGINEERS LOCAL 39 HEALTH & WELFARE TRUST FUND,<br><br>                    Respondent. | No. C 12-00562 MMC |

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION TO CONTINUE ALL HEARING DATES RELATING TO MOTION FOR ATTORNEYS' FEES; [PROPOSED] ORDER; CASE NOS. C 12-00281 MMC AND C 12-00562 MMC

1  Pursuant to Federal Rules of Civil Procedure 54, and Civil Local Rules 54-5 and 6-2, the Parties to the above-captioned matters, by and through the undersigned counsel, hereby stipulate to continue all dates relating to the motion for attorneys' fees filed by Respondent Stationary Engineers Local 39 Health and Welfare Trust Fund ("Trust Fund"), currently scheduled for June 15, 2012, to allow the parties time to finalize a settlement, obtain approval of the Parties' respective governing boards and execute all necessary settlement documents.  The City Council for the Petitioner City of Colfax will consider the proposed settlement at either its May 23, 2012 or June 13, 2012 meeting, depending upon when the Parties complete the necessary settlement documents.  It is anticipated that the settlement will be finalized by June 30, 2012.

In light of the foregoing, the Parties stipulate to:  (1) continue the hearing on the Respondent Trust Fund's motion for attorneys for at least 40 days to July 27, 2012; (2) continue the deadline to file the Petitioner City of Colfax's opposition papers to fourteen calendar days prior to said hearing date; and (c) continue the deadline to file the Respondent Trust Fund's reply papers to seven calendar days prior to said hearing date.

With this stipulation, the Parties respectfully request that the Court:  (1) continue the June 15, 2012 hearing date on Respondent's motions for attorneys' fee consistent with the above stipulation; (2) extend the deadline for the Petitioner City of Colfax to file its opposition papers to fourteen calendar days prior to said hearing date; and (c) extend the deadline for the Respondent Trust Fund to file its reply papers to seven calendar days prior to said hearing date.

Dated:  May 17, 2012                           WEINBERG, ROGER & ROSENFELD
                                               A Professional Corporation


                                               /s/ Linda Baldwin Jones
                                        By:    LINDA BALDWIN JONES
                                               Attorneys for Respondent


Dated:  May 17, 2012                           WILEY PRICE RADULOVICH, LLP


                                               /s/ Monna R. Radulovich
                                        By:    MONNA R. RADULOVICH
                                               Attorneys for Petitioner

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATION TO CONTINUE ALL HEARING DATES RELATING TO MOTION FOR ATTORNEYS' FEES; [PROPOSED] ORDER; CASE NOS. C 12-00281 MMC AND C 12-00562 MMC

1

**[PROPOSED] ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED, and the hearing on the motion

3 for attorneys fees is continued to July 27, 2012, with the exception that the deadline for the

4 Respondent Trust Fund to file its reply papers is extended only to July 13, 2012.

5 Dated: _____May 18, 2012_____

6

7                                         _____
                                        HONORABLE MAXINE M. CHESNEY
8                                       UNITED STATES DISTRICT COURT JUDGE

129940/668972

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES; [PROPOSED] ORDER
Case Nos. C 12-00281 MMC and C 12-00562 MMC