JOSEPH E. WILEY (State Bar No. 84154)
MONNA R. RADULOVICH (State Bar No. 120991)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
(510) 337-2810
FAX (510) 337-2811
Email: jwiley@wprlaw.com
       mradulovich@wprlaw.com

Attorneys for Petitioner
CITY OF COLFAX

LINDA BALDWIN JONES (State Bar No. 178922)
THEODORE FRANKLIN (State Bar No. 168305)
EZEKIEL D. CARDER (State Bar No. 206537)
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001
FAX (510) 337-1023
E-Mail: tfranklin@unioncounsel.net
       lbjones@unioncounsel.net
       ecarder@unioncounsel.net

Attorneys for Respondent
STATIONARY ENGINEERS LOCAL 39 HEALTH AND
WELFARE TRUST FUND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration Between | Case No. C 12-00281 MMC |
| CITY OF COLFAX, | STIPULATION FOR JUDGMENT REGARDING RESPONDENT TRUST FUND'S ATTORNEYS' FEES |
| Petitioner, | |
| v. | AND ORDER THEREON |
| STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE TRUST FUND, | |
| Respondent. | |
| CITY OF COLFAX, | Case No. C 12-00562 MMC |
| Petitioner, | |
| v. | |
| STATIONARY ENGINEERS LOCAL 39 HEALTH & WELFARE TRUST FUND, Respondent. | |

1

Wiley Price &
Radulovich, LLP

Stipulation For an Amended Judgment

129940/669503

Case Nos. C 12-00281 MMC
& C 12-00562 MMC

The Parties to the above-captioned matters have reached a global settlement in both cases, including the pending motion for attorneys' fees filed by Respondent Stationary Engineers Local 39 Health and Welfare Trust Fund ("Trust Fund") and have entered into a fully executed Settlement and General Release Agreement. Pursuant to the Settlement and General Release Agreement, the parties request the following (or terms consistent thereto) be included as part of the judgment:

The City of Colfax ("City") shall pay to the Trust Fund the total amount of $25,339.62 for the Trust Fund's attorneys' fees and costs.

As a result of the settlement and this stipulation, Respondent Trust Fund's motion for attorneys' fees is taken off calendar and withdrawn.

Dated: June 21, 2012

WILEY PRICE & RADULOVICH, LLP

/s/ Monna R. Radulovich
JOSEPH E. WILEY
MONNA R. RADULOVICH

Attorneys for Petitioner
CITY OF COLFAX

Dated: May __, 2012

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

/s/ Linda Baldwin Jones
LINDA BALDWIN JONES
Attorneys for Respondent
STATIONARY ENGINEERS LOCAL 39 HEALTH
AND WELFARE TRUST FUND

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _July 9, 2012_  _____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE